157 A.3d 811

**BRITTINGHAM**

v.

**CAMBRIDGE POLICE DEPARTMENT**

**Pet. Docket No. 617, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1454, Sept. Term, 2015).

Petition for writ of certiorari dismissed

■

157 A.3d 811

**BYINGTON, Joe Nathaniel**

v.

**STATE of Maryland, et al.**

**Pet. Docket No. 560, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2199, Sept. Term, 2015).

Petition for writ of certiorari denied